IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KERI ANN STRAHLER,

        Plaintiff,

v.                                                                 Case No. 25-4105-JWB

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

        Defendant.

## MEMORANDUM AND ORDER

This matter is before the court on Plaintiff's motions to dismiss. (Doc. 8, 12.) On October 29, 2025, in the middle of the 2025 United States federal government shutdown, pro se Plaintiff Keri Ann Strahler filed this lawsuit asking this court to order the United States Department of Agriculture to release "6 billion in SNAP contingency funds as well as 3 billion dollars in tariff revenues to be released to SNAP consumers for the month of November." (Doc. 1 at 4.) Plaintiff claimed she was entitled to relief because, "[d]efendant injured dignity of SNAP consumers with HATCH Act violation and threatens them with food insecurity by halting SNAP benefits in the month of November, hoping to force Senate Democrats to stop negotiation attempts to address rising health insurance costs with Republicans in a government shutdown, in light of 2026 elections." (*Id.* at 3.) Plaintiff also filed a motion for appointment of counsel. (Doc. 7.)

On November 12, 2025, the federal government shutdown ended. Prior to that, on November 10, 2025, Plaintiff filed a motion to dismiss because her damages "ha[d] been satisfied with the release of SNAP funds on October [sic] 7, 2025, by an order from the Honorable Judge McConnell of The U.S. District Court, District of Rhode Island." (Doc. 8 at 1.) However, on

2

November 19, 2025, Plaintiff filed an exhibit in support of her complaint which appears to be a completed form to report a Hatch Act complaint to the Department of Justice.  (Doc. 9.)

Because of this filing, the court assumed Plaintiff sought to continue her lawsuit. Magistrate Judge Rachel E. Schwartz denied Plaintiff's motion for appointment of counsel and required Plaintiff to amend her complaint by December 12, 2025, to address deficiencies.  (Docs. 10, 11.)  Rather than amend her complaint, Plaintiff filed another motion to dismiss.  (Doc. 12.) Plaintiff admitted that she did not, as the Magistrate Judge explained, have standing to pursue her claim.  (Doc. 12 at 1.)  The court appreciates Plaintiff's candor and GRANTS her motions to dismiss.  (Docs. 8, 12.)

IT IS SO ORDERED.  Dated this 11th day of December, 2025.

s/ John W. Broomes
JOHN W. BROOMES
CHIEF UNITED STATES DISTRICT JUDGE